**No. 69487.**—Nylint Tool & Mfg. Co. and Frank P. Dow & Co. et al. *v.* United States, protests 58/8052, etc. (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

**No. 69488.**—Kaufman & Vinson Co. *v.* United States, protest 62/972 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 69489.**—Hearever Co., Inc. *v.* United States, protests 63/14454 and 63/16928 (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 69490.**—Norman G. Jensen, Inc. *v.* United States, protests 63/19814 and 64/20331 (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.